Joseph Meyers (CA SBN #325183)
National Immigration Project of the National Lawyers Guild (NIPNLG)
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788

Stacy Tolchin (CA SBN #217431)
Stacy@Tolchinimmigration.com
Megan Brewer (CA SBN # 268248)
Megan@Tolchinimmigration.com
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

*Counsel for Plaintiff Martin Vargas*

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, a component of the Department of Homeland Security<br><br>DEPARTMENT OF HOMELAND SECURITY, Office of the Inspector General,<br><br>    Defendants. | Case No. 5:22-cv-00287--JWH-SP<br><br>**Proof of Service of Summons and Complaint** |

## **PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

On March 15, 2022, pursuant to Federal Rule of Civil Procedure 4(c), (l)(1), Khaled Alrabe, counsel for Plaintiff Martin Vargas, caused the Conformed Summons and Complaint to be served on the following individuals by United States Postal Service Certified Mail:

>Office of the Principal Legal Advisor
>U.S. Immigration and Customs Enforcement
>500 12th Street, SW, Mail Stop 5900
>Washington, D.C. 20536-5900
>
>Office of the General Counsel
>Department of Homeland Security
>2707 Martin Luther King Jr. Ave SE
>Washington, D.C. 20528-0485
>
>Civil Process Clerk,
>United States Attorney's Office, Central District of California
>Federal Building, 300 N. Los Angeles Street, Suite 7516
>Los Angeles, CA 90012
>
>United States Attorney General
>950 Pennsylvania Ave. NW,
>Washington D.C. 20530-0001

Exhibit 1, Affidavit of Khaled Alrabe, at 2-3.

According to United States Postal Service records, the complaint and summons were delivered to the United States Attorney for the Central District of California on March 2, 2022; to defendant Department of Homeland Security on March 3, 2022; and to defendant U.S. Immigration and Customs Enforcement and the United States Attorney General's Office on March 04, 2022. *Id.*

Delivery confirmation for these documents is attached to this certification. *Id.* at 4-11.

Respectfully submitted this 15th day of March 2022.

      /s/  Joseph Meyers
Joseph Meyers (CA SBN #325183)+
National Immigration Project of the
National Lawyers Guild (NIPNLG)
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
Telephone: (202) 656-4788
joseph@nipnlg.org

Stacy Tolchin (CA SBN #217431)
Email: Stacy@Tolchinimmigration.com
Megan Brewer (CA SBN # 268248)
Email: Megan@Tolchinimmigration.com
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

+    Not admitted in DC; working remotely from and admitted in California only